

Entered on Docket
April 12, 2011

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
glw@tblaw.com
Fax: 702 258-8787

HSBC Bank USA, National Association, not in its individual capacity,
but solely as trustee on behalf of GSAA Home Equity Trust 2005-12.
10-74320

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-30482-mkn |
|---|---|
| William B. Engel and Asela V. Engel | Date: 03/09/2011<br>Time: 1:30 pm |
|  | Chapter 13 |
| Debtors |  |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association, not in its individual capacity, but solely as trustee on behalf of GSAA Home Equity Trust 2005-12., its assignees and/or successors in interest, of the subject property, generally described as 1609 Belluno Court, Las Vegas, NV 89117.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor will re-start the foreclosure by recording a new Notice of Default.

Submitted by:

**TIFFANY & BOSCO, P.A**

By: _/s/ signature #10235_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor will re-start the foreclosure by recording a new Notice of Default.

Submitted by:

**TIFFANY & BOSCO, P.A**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED** / DISAPPROVED

By:_____  3/21/11
Kathleen A Leavitt
Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____  The court has waived the requirements set forth in LR 9021(b)(1).

____  No party appeared at the hearing or filed an objection to the motion.

__X__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____  approved the form of this order              ____  disapproved the form of this order

____  waived the right to review the order and/or     __X__  failed to respond to the document

____  appeared at the hearing, waived the right to review the order

____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__X__  approved the form of this order              ____  disapproved the form of this order

____  waived the right to review the order and/or     ____  failed to respond to the document

____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor